Case No.  CR 18-513-FMO-3                                                   Date: 6/14/2019

Present: The Honorable:  GAIL J. STANDISH, UNITED STATES MAGISTRATE JUDGE

Interpreter   None

| E. Carson | CS Roybal 341 | Sam Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Priscilla C. Telles | X | X |  | Fred McMurray s/p for Sonia Chabin | X | X |  |

**Proceedings:  Initial Appearance - Detention**

Defendant made her initial appearance before the Court on September 7, 2018. At that time, bond was set in the amount of a $20,000 appearance bond with additional conditions of release. Having been informed that Defendant violated various conditions of release, including a violation involving a new arrest, the Court issued an Order to Show Cause why bond should not be revoked. On May 31, 2019, the Defendant appeared before the Court and bond was revoked for the reasons previously set forth. At that time, Defendant was given a self-surrender date of June 7, 2019, at noon.

Pretrial Services communicated with the Defendant on June 6, 2019, who confirmed that she would self-surrender as required. Defendant failed to surrender the next day, and the Court thereafter issued a warrant for her arrest.

Defendant appeared today, June 14, 2019, after her rearrest. She submitted to detention at that time. Therefore, for the reasons stated on the record at the prior OSC hearing, and in light of Defendant's submission to detention today, the Court finds that no condition or combination of

conditions will adequately assure both Defendant's attendance at further proceedings and the safety of the community. Bond is revoked and Defendant is remanded to custody.

**IT IS SO ORDERED.**

cc: Attorneys of Record
 PSA

                                                                 : 03
**Initials of Deputy Clerk**  efc